UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
REDDING BRANCH

UNITED STATES OF AMERICA                               CASE NO. 05-cr-0004 CMK

        vs.                                                       JUDGMENT/ ORDER TO PAY

CRYSTAL MICHELLE COVINGTON__


YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:

Count I      Fine: $  1,000.00      Assessment: $   $25.00
Count II     Fine: $_____      Assessment: $_____
Count III    Fine: $_____      Assessment: $_____
Count IV     Fine: $_____      Assessment: $_____
Count V      Fine: $_____      Assessment: $_____

(X)   FINE TOTAL OF $1,000.00 and a penalty assessment of $25.00 within _____ days/months or payments of $100.00 per month commencing April 4, 2006, and due on the first day of each month until paid in full.

( )   RESTITUTION OF $_____.

(X)   PROBATION to be unsupervised for a period of one year.  Probation to terminate upon payment in full of all financial conditions imposed hereunder.

PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to Clerk, USDC, 501 I Street, Sacramento, CA 95814.

Your check or money order must indicate your name and case number.


Dated: March 7, 2006                         /s/ Craig M. Kellison__
                                             _____
                                             Craig M. Kellison
                                             U.S. Magistrate Judge